IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Thomas Costa and Karen Costa, : 
and Elmtowne Gardens, LLC :
 :
v. : No. 826 C.D. 2016
 :
City of Allentown :
 :
Appeal of: Thomas Costa, Karen :
Costa and Elmtowne Gardens, LLC :

# **O R D E R**

NOW, March 8, 2017, having considered appellants' application for reargument/reconsideration and appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge